AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>13A Mahan Circle<br>Goose Creek, SC 29445 | )<br>)<br>)<br>)<br>)<br>) |

Case No.   2:19-cr-00604

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE AFFIDAVIT AND ATTACHMENT A.

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE AFFIDAVIT AND ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a) | Certain Activities Relating to Material Constituting or Containing Child Pornography |

The application is based on these facts:

See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Christopher M. Neville, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/14/2019

_____
*Judge's signature*

City and state:  Charleston, SC

Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

IN THE MATTER OF THE SEARCH OF:

**13A Mahan Circle**
**Goose Creek, SC 29445**

Case No. _2:19-cr-00604_

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Christopher M. Neville, upon being duly sworn do hereby state that the following is true to my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to HSI Charleston, SC. I have been employed by HSI since June 2007. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. § 2252A. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography as defined in 18 U.S.C. § 2256. Furthermore, I have participated in the execution of numerous search warrants involving child exploitation and/or child pornography offenses. As a federal agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement personnel.

2.    This affidavit is made in support of an application for a warrant to search the

following location:

> A. **13A Mahan Circle, Goose Creek, SC 29445**
>
> (See Attachment A for a description of the residence to be searched)

## SOURCES OF INFORMATION

3.    I make this affidavit based upon personal knowledge derived from my participation in this investigation and/or information that I have learned from discussions with Special Agents of HSI and/or other law enforcement officers; other personnel specially trained in the seizure and analysis of computers and electronic media; from the review of written reports of investigations; from physical surveillance conducted by federal agents and/or other law enforcement officers; and from my experience and training.

4.    Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 2252A have been committed and that evidence exists at the residence known as **13A Mahan Circle, Goose Creek, SC 29445**. There is probable cause to search the premises described in Attachment A for evidence of these crimes, as described in Attachment B, in accordance with Attachment C.

## SPECIFIED FEDERAL OFFENSE

5.    Title 18 U.S.C. § 2252A (Certain activities relating to material involving the sexual exploitation of minors).

## DEFINITIONS

6.      The terms "minor," "sexually explicit conduct," "visual depiction" and "child pornography" are defined as set forth in Title 18 U.S.C. § 2256.

7.      The term "IP address" is defined as a unique number assigned to every computer or internet-capable device directly connected to the Internet.  Two versions of IP addresses (IPV4 and IPV6) are in common use in the Internet today.  IPV4 uses a 32 bit number for the IP address, for example 24.168.219.125 and IPV6 uses 128 bits for the IP address, for example 2001:db8:0:1234:0:567:8:1.  Each computer or device connected to the internet is assigned an IP address while it is connected.  The IP address for a user may be relatively static, meaning it is assigned to the same subscriber for long periods of time, or dynamic, meaning the IP address can change frequently.  The IP address assigned, and the amount of time it is assigned, is determined by the Internet Service Provider (ISP).

8.      The term "Kik" refers to a messenger service known as "Kik Messenger."  Kik Messenger is a smartphone application available for download on Apple iTunes store, Google Play Store, Windows Phone App Store and the OVI Store (for Symbian users).  Kik Messenger provides cross-platform smartphone instant messaging, which allows their users to have text-based conversations with one another.  Kik users can also use Kik Messenger to share media like photos, videos URL links and other forms of content.

9.      The term "Dropbox" refers to a file hosting service operated by Dropbox, Inc, that provides cloud storage and file synchronization. Dropbox allows users to store and share photos, videos, documents and other files on multiple electronic devices. For example, a user can store photos in the Dropbox application on his or her phone and the same photos will be accessible from the person's tablet or computer. The application is linked by the user's email address. Therefore, if a person has Dropbox installed on a phone, tablet and computer, and the program is

linked with an email address, then the files saved on one device can be viewed in all of the Dropbox folders on all devices.

10.    The term "hash value" or "hash" refers to the mathematical calculation (hashing algorithm) that generates an alphanumeric value of a digital file. Each time the file is "hashed" it will produce the same alphanumeric value so long as the file has not changed. The "hash value" can be compared to a database of known "hash values" to flag potential contraband files.

## BACKGROUND REGARDING SEIZURE OF ELECTRONIC STORAGE DEVICES

11.    Based on my training and experience, I use the following technical terms to convey the following meanings:

a.    Electronic Storage Device:  Electronic storage devices include any device capable of electronic data storage which is defined as storage that requires electrical power to store and retrieve that data.  Electronic storage devices include but are not limited to the following:

1.    Computers and computer storage devices including hard drives, diskettes, laser disks, multimedia cards, and others which may store the equivalent of thousands of pages of information.

2.    Wireless telephones and other mobile devices such as tablets including popular devices such as iPads, Galaxy Tablets, and others with capabilities of storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back

audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.

12.     Based on my knowledge, training, and experience, I know that electronic storage devices can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensics tools.

1.     *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the devices were used, the purpose of such use, who used them, and when. There is probable cause to believe that this forensic electronic evidence might be on the devices because:

a.     Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file.

b.     Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c.     A person with appropriate familiarity with how an electronic storage device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic storage devices were used, the purpose of their use, who used them, and when.

d.  The process of identifying the exact electronically stored information on a storage medium necessary to draw an accurate conclusion is a dynamic process.  Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators.  Whether data stored on a device is evidence may depend on other information stored on the device and the application of knowledge about how a device behaves.  Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e.  Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

f.  *Nature of examination.*  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrant I am applying for would permit the examination of the device consistent with the warrant.  The examination may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the device to human inspection in order to determine whether it is evidence described by the warrant.  Due to the complexity and highly technical nature of forensic examination of electronic storage devices this examination process can take weeks or months, depending on the volume of the data stored, and it would be impractical to attempt this kind of data search on-site.

## CHARACTERISTICS OF INDIVIDUALS INVOLVED IN THE DISTRIBUTION AND

## POSSESSION OF CHILD PORNOGRAPHY

13.    Based on my knowledge, training and experience, I have learned that many individuals who view child pornography often maintain their collections for many years and keep and collect items containing child pornography over long periods of time.  These child pornographers commonly keep a collection of image and video files and trade such files with other individuals in order to obtain new or different material.

## STATEMENT OF PROBABLE CAUSE

14.    On February 26, 2019, I was assigned an investigative referral from the HSI Cyber Crimes Center (C3), Child Exploitation Investigations Unit (CEIU) regarding a user of the chat messaging app Kik and the cloud storage service Dropbox who was reported for uploading child sexual abuse material.  Information indicates Kik user "omar_...._", who has a registered subscriber email address of omar_2008@hotmail.com, uploaded an image of suspected child pornography on Kik.  A CyberTipline report from the National Center for Missing and Exploited Children (NCMEC) indicates Dropbox user "Alec Smith", who also has a registered subscriber email address of omar_2008@hotmail.com, uploaded multiple videos of suspected child pornography to Dropbox.

15.    **Kik username: "omar_...._" with a reported user email address of omar_2008@hotmail.com:** The Kik portion of the lead packet includes a Kik report and glossary which contains an explanation of various ways Kik becomes aware of child pornography on the app; the Kik user information for "omar_...._"; a Kik PhotoDNA report which details the information related to the upload of child exploitation material by "omar_...._";

and a copy of the media uploaded by "omar_...._".

16.    The Kik user information provides the most recent basic subscriber data and recent IP addresses associated with the Kik account. SA Neville reviewed the user information that shows, in part:

Username:    omar_..._

First Name:    jo

Last Name:    S

Email:    deletedbykik.17385.omar_2008@hotmail.com (deactivated_unconfirmed)

17.    The user information lists IP addresses used with the account. The user data shows several IP addresses used to access the Kik user account between November 3, 2018 and December 5, 2018 including the following IP addresses used on the following dates /times:

IP address: 174.194.6.175  on December 5, 2018 / 13:42:13 UTC

IP address: 174.194.8.103  on December 3, 2018 / 12:30:46 UTC

IP address: 174.194.10.208  on November 22, 2018 / 01:00:51 UTC

18.    A check of the above IP addresses through the publicly available website maxmind.com show they are registered to Verizon Wireless.

19.    On March 4, 2019, a DHS administrative summons was issued to Verizon Wireless requesting subscriber information for Verizon customers who used the following IP addresses at the following dates/times:

IP address: 174.194.6.175  on December 5, 2018 / 13:42:13 UTC

IP address: 174.194.8.103  on December 3, 2018 / 12:30:46 UTC

IP address: 174.194.10.208  on November 22, 2018 / 01:00:51 UTC

20.    On March 18, 2019, Verizon Wireless responded to the summons and provided

results listing several Verizon Wireless cell phones that were issued the above IP addresses during the above dates/times. The results indicate approximately 175 Verizon Wireless cell phones were issued IP address 174.194.6.175 on December 5, 2018 during the requested times, approximately 163 Verizon Wireless cell phones were issued IP address 174.194.8.103 on December 3, 2018 during the requested times and approximately 171 Verizon Wireless cell phones were issued IP address 174.194.10.208 on November 22, 2018 during the requested time. A comparison of the results from Verizon Wireless indicate there was only one cell phone, 619-917-2979, that was assigned all of the above IP addresses on the above dates and times that the Kik account for user ".omar_...._" was accessed.

21.    On March 18, 2019, Verizon Wireless provided the subscriber information for 619-917-2979 as: Omar SUAREZ, **13A Mahan Circle, Goose Creek, SC 29445**.

22.    The Kik user data also shows the following IP address used on the following dates/times:

IP address: 76.23.117.105  on November 17, 2018 / 09:02:54 UTC

IP address: 76.23.117.105  on November 22, 2018 / 01:02:58 UTC

23.    A check of IP address 76.23.117.105 through maxmind.com shows the IP address is registered to Comcast Cable in Goose Creek, SC.

24.    On March 4, 2019, a DHS administrative summons was issued to Comcast Cable Communications requesting subscriber information for IP address 76.23.117.105 assigned on November 17, 2018 at 09:02:54 UTC and November 22, 2018 at 01:02:58 UTC.

25.    On March 8, 2019, Comcast Cable Communications responded to the summons and provided subscriber information IP address 76.23.117.105, in part as:

Subscriber Name: David Hodge

Service Address: 14 Mahan Cir, Apt A, Goose Creek, SC 29445

Billing Address: 13525 Holly Rd, Roswell, GA 30075

Phone Number: (678) 221-8078

Start of Service: January 2, 2018

Account Status: Disconnected February 23, 2019

Surveillance indicates 14 Mahan Circle, Apt A, Goose Creek, SC (also known as 14A Mahan Circle) is the unit directly next to 13A Mahan Circle, Goose Creek, SC. Based on my training and experience in previous investigations, I know the close proximity of the two units could allow users in each unit to share an internet connection.

26.     The Kik PhotoDNA Report is described in the Kik glossary as: Microsoft's PhotoDNA is running on all profile picture uploads in Kik and anytime a positive hash value match is found, the Trust and Safety team is alerted. The image is viewed by Kik personnel who have a mandatory obligation to report the incident to the RCMP and will provide:

- Subscriber data, in csv and pdf format
- Image(s) flagged by the PhotoDNA service to match known child exploitation hash values

27.     The Kik PhotoDNA Report shows, in part:

User Name:  omar_..._

Date/Time:  December 5, 2018 / 13:42:13 UTC

Type of Upload:  chat_upload

Hash:  711F3A7C5EF58F0BFED1ABF41CCC2BA42DA71FCF

Upload IP Address:  174.194.6.175

28.     I  reviewed  a  copy  of  the  media  content  (image  with  hash

711F3A7C5EF58F0BFED1ABF41CCC2BA42DA71FCF) associated with the above upload and observed it depicts a naked prepubescent female child laying in a bathtub with her legs elevated and spread against the wall. The child is positioned so the water is running from the faucet directly onto her vagina.

29. **Dropbox username "Alec Smith" with a reported user email address of omar_2008@hotmail.com:** The Dropbox portion of the lead packet includes NCMEC CyberTipline Report 42772520 and 11 videos reportedly uploaded to the Dropbox user account.

30. CyberTipline Report 42772520 shows on November 5, 2018, Dropbox reported to NCMEC that the user of the Dropbox account uploaded 11 videos reportedly depicting child pornography to the Dropbox account. The report shows the account user information as:

Email Address: omar_2008@hotmail.com

Screen/User Name: Alec Smith

ESP User ID: 655740553

IP Address: 2600:1004:b022:2dca:cd7d:be86:3a0b:cebb (Login)

June 21, 2018 02:57:41 UTC

IP Address: 2600:1004:b036:b3f1:eb3d:e366:d561:44f8 (Login)

August 19, 2018 11:28:50 UTC

31. A check of the above IP addresses through maxmind.com show they are registered to Verizon Wireless.

32. I reviewed the videos reportedly uploaded to the above Dropbox account and confirmed they include suspected child pornography. The following is a description of a sample of the videos:

a. Video titled 1758137a-f43c-4d33-ab17-da973a71bbb7 is a color video

approximately 1 minute 17 seconds in length and depicts an adult male who is naked

from the waist down sitting on a toilet in a bathroom. There is a prepubescent female

child who appears to be wearing pajamas kneeling in front of the adult male. The adult

has his erect penis in the child's mouth and can be heard giving instructions to the child.

The adult male says, "Go down further than that, move your hand" and is seen grabbing

the child's wrist and moving her hand toward the base of his penis. The adult male says,

"now go down to your hand, there you go, just do that fast." The child gags and the male

says, "don't puke though, don't puke though". The child pulls away and the adult male

laughs and asks, "do you need to puke?" The child shakes her head yes and the adult

male stands up allowing the child to spit in the toilet.

b.     Video titled mandy_x264 is a color video approximately 12 minutes 51 seconds in

length and depicts a naked adult male laying on a bed. A prepubescent female child is

kneeling on the floor in front of the male. The male's erect penis is inserted in the child's

mouth. The adult male instructs the child to stand up and take off her clothes. The child

appears to cry as she disrobes, and the adult male tells the child "stop crying". The adult

male again inserts his erect penis in the naked child's mouth. The adult male touches the

child's vagina and the child can be heard asking him to stop because it hurts. The adult

male places the child on her back and instructs her to spread her legs. The adult male

rubs his erect penis on the child's vagina and ejaculates on the child.

33.     On March 29, 2019, a DHS administrative summons was issued to Verizon

Wireless requesting subscriber information for the following IP addresses used on the following

dates/times:

IP Address: 2600:1004:b022:2dea:cd7d:be86:3a0b:cebb on June 21, 2018 / 02:57:41 UTC

IP Address: 2600:1004:b036:b3f1:eb3d:e366:d561:44f8 on August 19, 2018 / 11:28:50 UTC

34.    On April 8, 2019, Verizon Wireless responded to the summons showing the cell phone number issued the above IP addresses during the above requested dates/times was ▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Verizon Wireless provided the subscriber information as: Liliana Suarez, 698 Flower Street, Apt 10, Chula Vista, CA 91910.  The response lists the account activation/deactivation dates as June 21, 2014 - October 2, 2018.

35.    A check of CLEAR, a commercially available information database of combined public records, shows 698 Flower Street, Apt 10, Chula Vista, CA as a previous address for Omar SUAREZ and lists Liliana Suarez as a possible relative.

36.    Omar SUAREZ'S current address of **13A Mahan Circle, Goose Creek, SC 29945** is "bachelor housing" on the Naval Weapons Station, Joint Base Charleston in Goose Creek.  I contacted Naval Criminal Investigative Service (NCIS) and learned Omar SUAREZ is an active duty member of the U.S. Coast Guard.

37.    On April 4, 2019, I met with Coast Guard Investigative Service (CGIS) to deconflict investigative information.  Coast Guard personnel information related to Omar SUAREZ lists his home of record address as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ his cell phone number as ▓▓▓▓▓▓▓▓ and his current address as **13A Mahan Circle, Goose Creek, SC 29945**.  CGIS provided a Coast Guard Permanent Change of Station (PCS) Reporting Worksheet which is used to update a Coast Guard member's records when reporting to a new duty station.  The PCS Reporting Worksheet appears to have been completed by SUAREZ in 2015 and lists SUAREZ'S cell phone as ▓▓▓▓▓▓▓ and includes SUAREZ'S home email address listed as omar_2008@hotmail.com.

## CONCLUSION

38.    Based on the above information, there is probable cause to believe that the Specified Federal Offense listed herein has been violated and that the items listed in Attachment B will likely be found at **13A Mahan Circle, Goose Creek, SC 29445**.    Accordingly, this Affiant respectfully requests that this Court issue a search warrant for **13A Mahan Circle, Goose Creek, SC 29445**, more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B, which constitute evidence, contraband, fruits, and other items related to violations of the Specified Federal Offense, in accordance with Attachment C.

Assistant United States Attorney Rhett DeHart has reviewed this Affidavit.


Christopher M. Neville, Special Agent
Homeland Security Investigations


Sworn to before me this
19th day of June 2019


Honorable Mary Gordon Baker
United States Magistrate Judge
District of South Carolina